UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER LEE BERENS,<br><br>Defendant. | NO. CR25-167-JHC<br><br>SCHEDULING ORDER |

THE COURT, having reviewed the stipulated motion (Dkt. # 20) and the records and files in this case, hereby GRANTS the motion and ORDERS that the parties adhere to the following schedule:

- Government expert disclosures          March 6, 2026
- Defense expert disclosures             March 13, 2026
- Government 404(b) and 609 notice       March 13, 2026
- Pretrial motions // motions *in limine*  March 23, 2026
- Government rebuttal expert disclosures  March 27, 2026

| | | |
|---|---|---|
| | • Oppositions to pretrial motions // motions *in limine* | April 3, 2026 |
| | • Replies to pretrial motions // motions *in limine* | April 10, 2026 |
| | • Government's trial brief, exhibit list, witness list, proposed jury instructions, and proposed voir dire filed | April 20, 2026 |
| | • Defense trial brief, exhibit list, witness list, proposed jury instructions, and proposed voir dire filed | April 24, 2026 |
| | • Pretrial conference: | TBD |
| | • Trial date | May 4, 2026 |

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 30th day of October, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE