UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TYLER LEE BERENS,

Defendant.

NO. CR25-167-JHC

SCHEDULING ORDER

THE COURT, having reviewed the stipulated motion (Dkt. # 29) and the records and files in this case, hereby GRANTS the motion and ORDERS that the parties adhere to the following schedule:

- Government expert disclosures                     July 3, 2026

- Government 404(b) and 609 notice                  July 17, 2026

- Defense expert disclosures                        July 17, 2026

- Government rebuttal expert disclosures            July 31, 2026

- Pretrial motions // motions *in limine*           August 10, 2026

- Oppositions to pretrial motions //                August 17, 2026
  motions *in limine*

Scheduling Order - 1
*United States v. Tyler Lee Berens* / CR25-167-JHC

- Replies to pretrial motions // motions *in limine*                                   August 28, 2026

- Government's trial brief, exhibit list, witness list, proposed jury instructions, and proposed voir dire filed                                   September 7, 2026

- Defense trial brief, exhibit list, witness list, proposed jury instructions, and proposed voir dire filed                                   September 11, 2026

- Pretrial conference:                                   TBD

- Trial date                                   September 21, 2026


Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 11th day of March, 2026.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Scheduling Order - 2
*United States v. Tyler Lee Berens* / CR25-167-JHC